UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KEESHA SIMON,

                      Plaintiff,

            -against-

PARTNERSHIP FOR THE HOMELESS; MIMI CHOY-
BROWN; MICHAEL WERNHAM and DOES 1-10,

                      Defendants.
------------------------------------------------------------X

06 CIVIL 6308 (JSR)

**JUDGMENT**

      Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on October 23, 2006, having rendered its Order dismissing the case with prejudice, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 23, 2006, this case is dismissed with prejudice.

**Dated:** New York, New York
        October 27, 2006

                                                  J. MICHAEL McMAHON
                                                  Clerk of Court

                       BY:
                                                  Deputy Clerk

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 10/27/06]

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____